■ GEORGE VOLGSTADT, Respondent, v JAMESTOWN SCRAP CORPORATION, INC., et al., Appellants. [616 NYS2d 830] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly granted part of plaintiff's motion to compel disclosure. Because plaintiff must prove malice, he is entitled to disclosure of evidence of defendants' knowledge and motivation at the time the alleged defamatory statements were made *(see, Mansour v Abrams,* 144 AD2d 905; *see generally, Freeman v Johnston,* 84 NY2d 52; *Liberman v Gelstein,* 80 NY2d 429). The court also properly denied defendants' cross motion for summary judgment *(see,* CPLR 3212 [f]; *Blue Bird Coach Lines v 107 Delaware Ave.,* 125 AD2d 971; *see also, Mansour v Abrams, supra).* (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Discovery.) Present—Green, J. P., Pine, Callahan and Davis, JJ.

■ ROME CITY SCHOOL DISTRICT, Respondent, v NEW YORK TELEPHONE COMPANY et al., Defendants, and AUTOMATIC CONSERVATION OF ENERGY, INC., Appellant. (Appeal No. 3.) [617 NYS2d 657] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Amended Answer.) Present —Green, J. P., Pine, Fallon, Callahan and Davis, JJ.